| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Peter A. Wald (Bar No. 85705) |
| 2 |    James K. Lynch (Bar No. 178600) |
| | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California 94111-6538 |
| | Telephone: 415.391.0600 |
| 4 | Facsimile: 415.395.8095 |
| | E-mail: |
| 5 |    Peter.Lynch@lw.com |
| |    Jim.Lynch@lw.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | Ernst & Young LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZENITH INSURANCE COMPANY, | CASE NO.: C 08-5352-~~MEJ~~ SC |
| Plaintiff, | |
| v. | STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |
| RICHARD S. FULD, JR., CHRISTOPHER M O'MEARA, JOSEPH M. GREGORY, ERIN CALLAN, IAN LOWITT, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, MARSHA JOHNSON EVANS, ROLAND A. HERNANDEZ, HENRY KAUFMAN, ERNST & YOUNG LLP, and DOES 1 through 20, | |
| Defendants. | |

WHEREAS on November 19, 2008, Plaintiff filed the Complaint in this case in the Superior Court of the State of California, City and County of San Francisco;

WHEREAS on November 25, 2008, certain Defendants filed a Notice of Removal in this Court;

WHEREAS on November 26, 2008, Plaintiff filed a Motion to Remand this case to Superior Court; and

WHEREAS the Court has set no deadlines in this case that would be affected by extending the time for all Defendants to respond to the Complaint;

NOW, THEREFORE, pursuant to Civ. L.R. 6-1(a), the parties hereby stipulate that each Defendant herein shall answer or otherwise respond to the Complaint no later than thirty (30) days after disposition of Plaintiff's Motion to Remand.

ATTESTATION PURSUANT TO GENERAL ORDER 45, § X

I, James K. Lynch, attest pursuant to General Order 45, § X, that concurrence in the filing of this Stipulation has been obtained from each of the other signatories below.

Dated: December 2, 2008

LATHAM & WATKINS LLP

By       /s/
James K. Lynch
Attorneys for Defendant
Ernst & Young LLP

SIMPSON THACHER & BARTLETT LLP

By       /s/
James G. Kreissman
Attorneys for Defendants Richard S. Fuld, Jr., Christopher M. O'Meara, Joseph M. Gregory, Ian Lowitt, David Goldfarb, John F. Akers, Roger S. Berlind, Marsha Johnson Evans, Roland A. Hernandez and Henry Kaufman

COTCHETT, PITRE & MCCARTHY

By       /s/
Mark C. Molumphy
Attorneys for Plaintiff Zenith Insurance Company

IT IS SO ORDERED
Judge Samuel Conti