United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENITH INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD S. FULD, JR., et al.,<br><br>　　　　Defendants.<br>_____<br><br>SAN MATEO COUNTY INVESTMENT POOL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD S. FULD, JR., et al.,<br><br>　　　　Defendants.<br>_____ | No. 08-5352 SC<br>No. 08-5353 SC<br><br>RELATED CASES<br><br>ORDER CONSOLIDATING<br>BRIEFING ON MOTIONS<br>TO REMAND |

　　　Plaintiffs in the above-captioned matters have each filed a motion to remand.  Zenith Docket No. 16; San Mateo Docket No. 16. The issues presented in the motions appear to be largely similar, if not identical.  The Defendants are identical in each matter and the two different Plaintiffs are represented, at least in part, by the same counsel.  The Court therefore ORDERS that briefing on the two motions to remand be consolidated.  The following briefing schedule shall apply:

　　　Defendants' Consolidated Opposition shall be filed no later than Friday, January 9, 2009.

1    Plaintiffs' Consolidated Reply shall be filed no later than
2  Friday ,January 16, 2009.
3    The hearing on the consolidated motions shall be on Friday,
4  February 6, 2009 at 10:00 a.m. in Courtroom 1.
5    Should any party believe that its interests are not
6  adequately represented due to this consolidation, it may request
7  leave from the Court to file a supplemental brief of no more than
8  five pages addressing its concerns.  Leave shall be granted only
9  if good cause is shown.  Any supplemental briefing filed without
10 leave of the Court shall be stricken.

12    IT IS SO ORDERED.

14    December 16, 2008

16                                       UNITED STATES DISTRICT JUDGE