A CERTIFIED TRUE COPY
ATTEST

By Jakeia Mells on Feb 09, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 09, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LEHMAN BROTHERS HOLDINGS, INC.,
SECURITIES & EMPLOYEE RETIREMENT
INCOME SECURITY ACT (ERISA) LITIGATION

MDL No. 2017

FILED MAR 11 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRANSFER ORDER**

**Before the entire Panel**[*]: Ten individual defendants[1] affiliated with Lehman Brothers Holdings, Inc. (Lehman Brothers) have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the Southern District of New York. Responding defendants join in the motion. Plaintiffs in the three Southern District of New York and one Eastern District of New York ERISA or "Structured Notes" actions agree that centralization is appropriate, but ask that these actions be coordinated, rather than consolidated, with the other actions in this litigation, because these plaintiffs' actions (1) have distinct legal causes of action with different burdens of pleading and proof or (2) involve different types of securities. Plaintiffs in the six Arkansas actions and the two California actions oppose the motion, arguing that (1) their actions do not share sufficient questions of fact with the other actions in this litigation, and/or (2) motions to remand their actions to state court are pending.

This litigation presently consists of seventeen actions listed on Schedule A and pending in five districts as follows: eight actions in the Southern District of New York, five actions in the Western District of Arkansas, two actions in the Northern District of California and one action each in the Eastern District of Arkansas and the Eastern District of New York.[2]

After considering all argument of counsel, we find that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Southern District of New York will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions share factual questions relating to whether defendants allegedly made materially false and/or misleading statements which had a negative impact on Lehman Brothers securities. Whether

---

[*] Judges Heyburn, Hansen and Damrell took no part in the disposition of this matter.

[1] Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, John D. Macomber and Christopher O'Meara.

[2] The Panel has been notified that five related actions have recently been filed. These actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

the actions are brought by securities holders seeking relief under the federal securities laws or participants in Lehman Brothers's retirement savings plans suing for violations of the Employee Retirement Income Security Act of 1974, all actions can be expected to focus on a significant number of common events, defendants, and/or witnesses. Centralization under Section 1407 will eliminate duplicative discovery; avoid inconsistent pretrial rulings, including on the issue of class certification; and conserve the resources of the parties, their counsel and the judiciary.

Some opposing plaintiffs express reservations concerning the management of their actions in this MDL proceeding, because their actions involve different types of Lehman Brothers's securities or legal claims. Transfer to a single district under Section 1407, however, has the salutary effect of placing all related actions before one court which can formulate a pretrial program that: 1) allows pretrial proceedings with respect to any non-common issues to proceed concurrently with pretrial proceedings on common issues, *In re Multi-Piece Rim Products Liability Litigation*, 464 F.Supp. 969, 974 (J.P.M.L. 1979); and 2) ensures that pretrial proceedings will be conducted in a streamlined manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. The MDL No. 2017 transferee court can employ any number of pretrial techniques – such as establishing separate discovery and/or motion tracks – to efficiently manage this litigation. Plaintiffs' concerns regarding the manner and extent of coordination or consolidation of the pretrial proceedings can be presented to the transferee judge. The governing statute contemplates transfer for "coordinated or consolidated pretrial proceedings." 28 U.S.C. § 1407(a). Accordingly, we leave the extent of coordination or consolidation of the securities and ERISA actions to the discretion of the transferee judge. *See In re The Bear Stearns Companies Inc. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation*, 572 F.Supp.2d 1377 (J.P.M.L. 2008); *In re Mutual Funds Litigation*, 310 F.Supp.2d 1359 (J.P.M.L. 2004); *In re Equity Funding Corp. of America Securities Litigation*, 375 F.Supp. 1378 (J.P.M.L. 1974).

Plaintiffs can also present any remand motions to the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

We are persuaded that the Southern District of New York is an appropriate transferee district for this litigation, because (1) eight of the seventeen actions are already pending there, and (2) Lehman Brothers is headquartered in New York City and accordingly parties, witnesses and documents may be found there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Southern District of New York are transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

- 3 -

PANEL ON MULTIDISTRICT LITIGATION

_____
J. Frederick Motz
Acting Chairman

| | |
|---|---|
| John G. Heyburn II, Chairman[*] | Robert L. Miller, Jr. |
| Kathryn H. Vratil | David R. Hansen[*] |
| W. Royal Furgeson, Jr. | Frank C. Damrell, Jr.[*] |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.,
SECURITIES & EMPLOYEE RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION                                  MDL No. 2017

## SCHEDULE A

### Eastern District of Arkansas

Glen Deathrow, et al. v. Richard S. Fuld, Jr., et al., C.A. No. 4:08-4149

### Western District of Arkansas

Cecil Mease, et al. v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2123
Cecil Mease v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2124
Michael Shipley v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2125
Guy S. Warden, Jr. v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2126
Henry Napierala, et al. v. Richard S. Fuld, Jr., et al., C.A. No. 2:08-2127

### Northern District of California

Zenith Insurance Co. v. Richard S. Fuld, Jr., et al., C.A. No. 3:08-5352
The San Mateo County Investment Pool v. Richard S. Fuld, Jr., et al., C.A. No. 3:08-5353

### Eastern District of New York

Michael Swiskay, et al. v. Citigroup Global Markets, Inc., et al., C.A. No. 2:08-4600

### Southern District of New York

Operative Plasterers & Cement Masons International Association Local 262 Annuity Fund v.
    Lehman Brothers Holdings, Inc., et al., C.A. No. 1:08-5523
Alex E. Rinehart, et al. v. Lehman Brothers Holdings, Inc., et al., C.A. No. 1:08-5598
Fogel Capital Management, Inc. v. Richard S. Fuld, Jr., et al., C.A. No. 1:08-8225
Anthony Peyser v. Richard S. Fuld, Jr., et al., C.A. No. 1:08-9404
Stephen P. Gott v. UBS Financial Services, Inc., et al., C.A. No. 1:08-9578
Jeffrey Stark, et al. v. Erin Callan, et al., C.A. No. 1:08-9793
Stanley Tolin v. Richard S. Fuld, Jr., et al., C.A. No. 1:08-10008
Enrique Azpiazu v. UBS Financial Services, Inc., et al., C.A. No. 1:08-10058

Printed on 02/09/2009

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 2017 - IN RE: Lehman Brothers Holdings, Inc., Securities & Employee Retirement

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
   * Signifies that an appearance was made on behalf of the party by the representing attorney.
   # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
   Docket: 2017 - Lehman Brothers Holdings, Inc., SEC & ERISA
   For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**  Page 1

Docket: 2017 - IN RE: Lehman Brothers Holdings, Inc., Securities & Employee Retirement Income Security Act (ERISA) Litigation
Status: Transferred on 02/09/2009
Transferee District: NYS    Judge: Kaplan, Lewis A.                                    Printed on 02/09/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Banca IMI S.P.A.,<br>Piazzetta Giordano<br>Dell' Amore #3<br>Milan, Italy 20112 | =><br>Banca IMI S.P.A. |
| Bashian, James V.<br>LAW OFFICES OF JAMES V BASHIAN PC<br>500 Fifth Avenue<br>Suite 27000<br>New York, NY 10110 | =>Phone: (212) 921-4110  Fax: (212) 921-4249  Email: Jbashian@bashianlaw.com<br>Peyser, Anthony* |
| Caja de Ahorros Y Monte,<br>Plaza De Celenque 2<br>Madrid, E-28013 Spain | =><br>Caja de Ahorros Monte de Piedad de Madrid |
| Chepiga, Michael J.<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 | =>Phone: (212) 455-2000  Fax: (212) 455-2502  Email: mchepiga@stblaw.com<br>Ainslie, Michael L.*; Akers, John F.*; Berlind, Roger S.*; Board of Directors Lehman Brothers Holding, Inc.; Cruikshank, Thomas H.*; Employee Benefit Plans Committee; Evans, Marsha Johnson*; Gent, Sir Christopher*; Goldfarb, David*; Grundhofer, Jerry A.*; Hernandez, Roland A.*; Kaufman, Henry*; Lehman Brother Holding, Inc. Employee Benefits Plans Committee; Lehman Brothers Holdings Inc.; Lowitt, Ian*; Macomber, John D.*; O'Meara, Christopher M.*; Uvino, Wendy M.* |
| DZ Finanical Markets, LLC,<br>609 Fifth Avenue<br>New York, NY 10017-1021 | =><br>DZ Finanical Markets, LLC |
| Daiwa Securities SMBC,<br>5 King William Street<br>London EC4N 7AX, United Kingdom | =><br>Daiwa Securities SMBC Europe, Ltd. |
| Eisenhofer, Jay W.<br>GRANT & EISENHOFER PA<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017 | =>Phone: (646) 722-8500  Fax: (646) 722-8501  Email: jeisenhofer@gelaw.com<br>Rooney, Kathy; Stark, Jeffrey |
| Farrell, Scott J.<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016 | =>Phone: (212) 545-4600  Fax: (212) 545-4653  Email: farrell@whafh.com<br>Buzzo, Jo Anne*; Demizio, Linda*; DeSousa, Maria*; Fong, Monique Miller*; Rinehart, Alex E.* |
| Fier, Seth D.<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036 | =>Phone: (212) 969-3231  Fax: (212) 969-2900  Email: sfier@proskauer.com<br>Callan, Erin* |
| Girard, Daniel C.<br>GIRARD GIBBS LLP<br>601 California Street | =>Phone: (415) 981-4800  Fax: (415) 981-4846  Email: dcg@girardgibbs.com<br>Gott, Stephen P.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 1400<br>San Francisco, CA 94108 | |
| Hynes, Patricia<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | =>Phone: (212) 610-6300  Email: patricia.hynes@newyork.allenovery.com<br>Fuld, Jr., Richard S.* |
| Jackson Securities, LLC,<br>100 Auburn Avenue., N.E.<br>Atlanta, GA 30303 | =><br>Jackson Securities, LLC |
| Kavaler, Thomas J.<br>CAHILL GORDON & REINDEL LLP<br>80 Pine Street<br>New York, NY 10005 | =>Phone: (212) 701-3006  Fax: (212) 269-5420  Email: Tkavaler@cahill.com<br>Edward D. Jones & Co., L.P.* |
| Kehoe, John Anthony<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | =>Phone: (610) 822-0273  Fax: (610) 667-7056<br>Fire & Police Pension Association of Colorado & Brockton Contributory Retirement System;<br>Operative Plasterers & Cement Masons Interanational Association Local 262 Annuity Fund |
| King, Marshall R.<br>GIBSON DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166 | =>Phone: (212) 351-4000  Fax: (212) 351-4035  Email: mking@gibsondunn.com<br>UBS Financial Services, Inc.* |
| Lowenthal, Mitchell A.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006 | =>Phone: (212) 225-2760  Fax: (212) 225-3999  Email: mlowenthal@cgsh.com<br>A.G. Edwards & Sons, Inc.*; ABN AMRO Holding N.V.*; ABN AMRO Inc.*; ANZ Securities, Inc.*; B.C. Ziegler & Co.*; Banc of America Securities, LLC*; BBVA Securities, Inc.*; BNY Capital Markets, Inc.*; Cabrera Capital Markets, LLC*; Calyon Securities (USA), Inc.*; Charles Schwab & Co., Inc.*; Charles Schwab & Co., L.P.; CIBC World Markets Corp.*; Citigroup Global Markets Corp.*; Citigroup Global Markets, Inc.*; Commerzbank Capital Markets Corp.*; Countrywide Securities Corp.*; Credit Suisse (USA), Inc.*; D.A. Davidson & Co.*; Davenport & Co., LLC*; DnB NOR Markets*; Ferris Baker Watts & Inc.*; Fidelity Capital Markets Services*; Fifth Third Securities, Inc.*; Fixed Income Securities, Inc.*; Fortis Securities, LLC*; H&R Block Financial Advisors, Inc.*; Harris Nesbitt Corp.*; HSBC Securities (USA), Inc.*; HVB Capital Markets, Inc.*; Hypo Capital Markets, Inc.*; Janney Montgomery Scott, LLC*; Keefe Bruyette & Woods, Inc.*; Keybanc Capital Markets, Inc.*; LaSalle Financial Services, Inc.*; Loop Capital Markets, LLC*; Maxim Group, LLC*; Mellon Financial Markets, LLC*; Merrill Lynch, Pierce, Fenner & Smith, Inc.*; Mesirow Finanical, Inc.*; Mizuho Securities USA, Inc.*; Morgan Keegan & Co., Inc.*; Morgan Stanley & Co., Inc.*; Muriel Siebert & Co., Inc.*; nabCapital Securites, LLC*; National Australia Bank, Ltd.*; National Australia Capital Markets, LLC*; National Financial Services, LLC; Oppenheimer & Co., Inc.*; Piper Jaffray & Co.; Raymond James & Associates, Inc.*; RBC Dain Rauscher, Inc.*; RBS Greenwich Capital*; Robert W. Baird & Co., Inc.*; Santander Investment Securities, Inc.*; Scott & Stringfellow, Inc.; SG Americas Securities, LLC*; SG Corporate & Investment Banking*; Siebert Capital Markets*; SMH Capital, Inc.*; Sovereign Securities Corp., LLC*; Standard Chartered Bank*; Stifel, Nicolaus & Co., Inc.*; Stone & Youngberg, LLC*; Suntrust Capital Markets, Inc.*; SunTrust Robinson Humphrey, Inc.*; TD Ameritrade Holding Corp.*; TD Securities (USA), LLC*; UBS Securities, LLC*; Utendahl Capital Partners LP*; Vining Sparks IBG, LP*; Wachovia Capital Markets, LLC*; Wachovia Securities, LLC; Wells Fargo Securities LLC*; Williams Capital Group, L.P. (The)*; Zions Direct, Inc.* |
| Molumphy, Mark C.<br>COTCHETT PITRE & MCCARTHY | =>Phone: (650) 697-6000  Fax: (650) 697-0577  Email: mmolumphy@cpmlegal.com<br>San Mateo County Investment Pool (The)*; Zenith Insurance Co.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 | |
| Nespole, Gregory M.<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016 | =>Phone: (212) 545-4600  Fax: (212) 545-4653<br>Fogel Capital Management, Inc. |
| Notis, James Stuart<br>GARDY & NOTIS LLP<br>440 Sylvan Avenue<br>Suite 110<br>Englewood Cliffs, NJ 07632 | =>Phone: (201) 567-7377  Fax: (201) 567-7337  Email: jnotis@gardylaw.com<br>Tolin, Stanley |
| Pulliam, Randall K.<br>CAULEY BOWMAN CARNEY & WILLIAMS LLP<br>11311 Arcade Drive<br>Suite 200<br>Little Rock, AR 72212-5438 | =>Phone: (501) 312-8500  Fax: (501) 312-8505  Email: rpulliam@cauleybowman.com<br>Caldwell, Rena*; Deathrow, Glen*; Dimodica, Madeline*; Kattell, Barbara*; Mease, Cecil*; Napierala, Henry*; Napierala, Linda*; Shipley, Michael*; Warden, Jr., Guy S.* |
| Silk, Gerald H.<br>BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP<br>1285 Avenue of the Americas<br>38th Floor<br>New York, NY 10019 | =>Phone: (212) 554-1400  Fax: (212) 554-1444  Email: jerry@blbglaw.com<br>Alameda County Employees' Retirement Association; American European Insurance Co.; Brockton Contributory Retirement System; City of Edinburgh Council as Administering Authority of the Lothian Pension Fund (The); Government of Guam Retirement Fund; Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters; Kosseff, Marsha; Northern Ireland Local Governmental Officers Superannuation Committee; Operating Engineers Local 3 Trust Fund; Pension Fund Group (The); Police & Fire Retirement System of the City of Detroit; Teamsters Allied Benefit Funds |
| Speirs, Richard A.<br>ZWERLING SCHACHTER & ZWERLING LLP<br>41 Madison Avenue<br>New York, NY 10010 | =>Phone: (212) 223-3900  Fax: (212) 371-5969  Email: rspeirs@zsz.com<br>Azpiazu, Enrique*; Swiskay, Judith*; Swiskay, Michael* |
| Strauss, Audrey<br>FRIED FRANK HARRIS SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004 | =>Phone: (212) 859-8862  Fax: (212) 859-8585<br>Gregory, Joseph M. |
| Wald, Peter A.<br>LATHAM & WATKINS LLP<br>505 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111-2562 | =>Phone: (415) 391-0600  Fax: (415) 395-8095  Email: peter.wald@lw.com<br>Ernst & Young, LLP* |

Note: Please refer to the report title page for complete report scope and key.

IN RE: LEHMAN BROTHERS HOLDINGS, INC.,
SECURITIES & EMPLOYEE RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION

MDL No. 2017

## INVOLVED CLERKS LIST

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 1547
Fort Smith, AR 72902-1547
**ARWDdb_MDLClerk/ARWD/08/USCOURTS**

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325
**AREDdb_prempro_mdl_clerk/ARED/08/USCOURTS**

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489
**Rufino Santos/CAND/09/USCOURTS**

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438
**NYEDml_MDL_Contacts**

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

**RECEIVED**

MAR 1 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

J. Michael McMahon
Clerk

USDC ND OF CALIFORIA

Date: 2/10/09

In Re: LEHMAN BROTHERS

MDL    2017

Your Docket #

3:08-5352

S.D. OF N.Y.

09-1238

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge   KAPLAN      for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting a CERTIFIED COPY OF THE DOCKET SHEET. We will retrieve the documents using our Pacer system. Please note we DO NOT utilize the CM/ECF transfer function.

Sincerely,
J.Michael McMahon

By:
MDL Unit
(212) 805-0646